# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

Date: June 4, 2026

| | | |
|---|---|---|
| YUNXIANG LIN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-01141-JD |
| | ) | |
| MARKWAYNE MULLIN, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## ENTER ORDER:

The Court previously entered an Order on May 19, 2026 [Doc. No. 3], referring this case to Magistrate Judge Suzanne Mitchell. Upon further consideration and in the interests of judicial economy, the Court terminates the referral to Magistrate Judge Suzanne Mitchell.

ENTERED AT THE DIRECTION OF THE HONORABLE JODI W. DISHMAN.

JOAN KANE, CLERK

By:____/s/ Carol Ditta_____
        Deputy Clerk